EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    José M. Rosado Martínez | 2001 TSPR 104<br><br>154 DPR _____ |

Número del Caso: TS-9477


Fecha: 6/julio/2001


Oficina de Inspección de Notarías:

                          Lcda. Carmen H. Carlos
                          Directora

Abogada de la Parte Querellada:
                          Lcda. Margarita Carrillo Iturrino


Materia: Solicitud de Reinstalación



        Este documento constituye un documento oficial del Tribunal Supremo que está
        sujeto a los cambios y correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José M. Rosado Martínez                    TS-9477

SALA DE VERANO INTEGRADA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LOS JUECES ASOCIADOS SEÑOR HERNÁNDEZ DENTON Y SEÑOR FUSTER BERLINGERI

RESOLUCION

San Juan, Puerto Rico a 6 de julio de 2001

Atendida la moción solicitando la reinstalación al ejercicio de la abogacía radicada por el abogado peticionario, y lo expresado en su Informe por la Lcda. Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, se ordena la reinstalación al ejercicio de la abogacía del Lcdo. José M. Rosado Martínez.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo